# Order

Michigan Supreme Court
**Lansing, Michigan**

October 19, 2018

157245

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

JUAN DELAVONTE DAVIS,
Defendant-Appellant.

SC: 157245
COA: 341047
Berrien CC: 2017-001259-FH

_____/

On order of the Court, the application for leave to appeal the December 26, 2017 order of the Court of Appeals is considered. We DIRECT the Berrien County Prosecuting Attorney to answer the application for leave to appeal within 14 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2018



Clerk

a1017